

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| Plaintiff, | **JUDGE** |
| v. | **INDICTMENT** |
| **ROBERT ANTHONY PETTY,** | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| Defendant. | **FORFEITURE** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession of a Firearm by a Prohibited Person)

1. On or about January 12, 2023, in the Southern District of Ohio, the Defendant, **ROBERT ANTHONY PETTY**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms – that is, a Glock-manufactured, model 22GEN5, .40 caliber pistol bearing serial number BUZF631; and a Diamondback-manufactured, model DB15, .556 rifle bearing serial number DB2473923 – which firearms had been shipped and transported in interstate commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

2.  The allegations contained in this Indictment are realleged and fully incorporated by reference herein for the purpose of alleging forfeitures to the United States, pursuant to 18 U.S.C. § 924(d)(1).

3.  Upon convition of the offense alleged in this Indictment, the Defendant, **ROBERT ANTHONY PETTY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to, the following:

- A Glock-manufactured, model 22GEN5, .40 caliber pistol, bearing serial number BUZF631;
- Approximately 33 rounds of .40 caliber ammunition;
- A Diamondback-manufactured, model DB15, .556 caliber rifle, bearing serial number DB2473923; and
- Approximately 34 rounds of .556 caliber ammunition.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

s/ Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**S. COURTER SHIMEALL (0090514)**
**Assistant United States Attorney**